THE PEOPLE OF THE STATE OF NEW YORK, Appellant, *v.* JAMES W. SIMPSON, Respondent.

*People* v. *Simpson*, 115 App. Div. 889, appeal dismissed.
(Argued January 7, 1907; decided January 15, 1907.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the second judicial

department, entered October 18, 1906, which affirmed an order of Special Term granting a motion for leave to inspect the minutes of the grand jury.

The motion was made upon the ground that the Court of Appeals had no jurisdiction to entertain the appeal.

*Martin T. Manton* for motion.

No one opposed.

Motion granted and appeal dismissed.